IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORIENTAL FINANCIAL GROUP, INC.,

    **Plaintiff,**

v.

FEDERAL INSURANCE COMPANY, INC.,

    **Defendant.**

CIVIL NO. 00-2035 (JAG)



## JURY VERDICT FORM

For Proof of Loss 3-A ($3,442,450 claimed by Oriental in connection with the Federal Home Loan Bank and Citibank Cash Accounts Reconciliations), based on direct or circumstantial evidence or reasonable inferences therefrom:

1. Do you find that Oriental suffered a covered loss resulting solely or directly from one or more dishonest or fraudulent acts of Miguel Flores and/or Carlos Ayala and/or Juan Carlos González, committed with the intent to either personally benefit themselves or a third person financially, or to cause the bank to suffer the loss?

   Yes _____     No __✓__

   (If your answer is Yes, you have found for plaintiff on this claim; therefore, proceed to question 2. If your answer is No, you have found for defendant; therefore, turn in your verdict form.)

2. Please enter the amount of the loss suffered by Oriental regarding the Federal Home Loan Bank and Citibank Cash Accounts.

   $ _____

**IF THIS JURY VERDICT FORM HAS BEEN DULY COMPLETED, PLEASE SIGN THE SAME BY THE FOREPERSON AND DATE IT AND THEN TURN IN THIS FORM TO THE BAILIFF IN AN ENVELOPE.**

8/14/07  5:50 PM.
_____
Date and Time

